**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

David Larison, an individual,

Plaintiff,

v.

Pinkerton's Inc., et al.,

Defendants.

Civil No. 00-2407 ADM/AJB

**ORDER ON MOTION TO WITHDRAW**

This matter is before the Court on plaintiff attorney's request to be permitted to withdraw as counsel in this matter. Hearing was held on December 4, 2000, at the U.S. Courthouse, 316 No. Robert St., St. Paul, MN 55101. Plaintiff's attorney, R.M. Bracewell, Esq., appeared on his own behalf. There was no appearance on behalf of the client. Counsel seeks to withdraw on the basis of a retainer condition whereby this action would proceed as a state court action. The case was removed to federal court after filing in state court. Counsel advises the Court that the client was been notified of the intent to withdraw and hearing on the matter, and he asserts no objection to withdrawal of counsel.

Based upon the file in this matter, along with representations of counsel, **IT IS HEREBY ORDERED** that counsel's motion to withdraw is **granted** [Docket No. 4]. All pleadings and correspondence from the defendants and the Court shall be directed to plaintiff's address: **Mr. David Larison, 120 South Avenue, P.O. Box 238, Early, Iowa 50535**.

Dated: 12/4/00

Arthur J. Boylan
United States Magistrate Judge

FILED DEC 04 2000
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK