UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
THIRD DIVISION

David Larison,

Plaintiff,

v.

Pinkerton's, Inc. d/b/a Pinkerton Security Services, a Delaware Corporation, BCBSM Inc. d/b/a Blue Cross Blue Shield of Minnesota Non-Profit Corporation,

Defendants.

Civil No. 00-2407 ADM/AJB

ORDER FOR DISMISSAL WITH PREJUDICE

---

Pursuant to the parties stipulation, the United States District court, for the District of Minnesota, hereby orders that:

1. This case is dismissed with prejudice.
2. No costs, disbursements or attorney's fees are awarded to any of the parties.
3. Let judgment be entered accordingly.

Dated: March 6, 2001

ANN D. MONTGOMERY, Judge
United States District Court

MAR 07 2001

Filed ____________
Francis E. Dosal, Clerk
Judgment Entered ____________
Deputy Clerk's Initials ____________

Call Paul

UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

David Larison,

Plaintiff,

v.

Pinkerton's, Inc. d/b/a Pinkerton Security Services, a Delaware Corporation, BCBSM Inc. d/b/a Blue Cross Blue Shield of Minnesota Non-Profit Corporation,

Defendants.

Court File No. 00 CV 2407 ADM/AJB

**STIPULATION OF DISMISSAL**

The parties to this action agree that the case can be dismissed with prejudice and without costs.

Dated: January 25, 2001

Lind, Jensen, Sullivan & Peterson
A Professional Association

By: ______________________
Paul C. Peterson #151543
Attorneys for Defendant
Pinkerton's, Inc.
150 South Fifth Street
Suite 1700
Minneapolis, Minnesota 55402
(612) 333-3637

Dated:

______________________
David Larison
Attorney Pro Se
P.O. Box 238
Early, Iowa 50535
(712) 273-5046

Dated: 2-26-01

BlueCross BlueShield of Minnesota

By: Jane McMahon

Jane McMahon
P.O. Box 64560
St. Paul, MN 55164
(651) 662-6570

**ORDER**

Pursuant to the foregoing Stipulation, the United States District Court, for the District of Minnesota, hereby orders that:

1. This case is dismissed with prejudice.

2. No costs, disbursements or attorney's fees are awarded to any of the parties.

3. Let judgment be entered accordingly.